Mary J. Bender, Respondent, v. Eva Burns Lee, Appellant, Impleaded with Henry Kahlert and Daniel J. Lee.— Judgment unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

William J. Berg, etc., Respondent, v. John L. Whalen and Robert T. Whalen, etc., Appellants.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Hooker, Rich and Miller, JJ.

Michael Brennan, Respondent, v. Adam P. Dienst, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

· Catharine Louise Boyer, Respondent, v. Frank W. Boyer, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Daniel R. Chichester, Respondent, v. Winton Motor Carriage Company, Appellant.—Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Hooker, Rich and Miller, JJ., concurred.

· George R. Comrie, Respondent, v. Sidney Nordlinger, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Henry J. Cutler, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

Feival Danzinger, Appellant, v. Samuel Goldberg and Selda Goldberg, Respondents.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Rich and Miller, JJ., concurred; Hooker, J., dissented.

Howard J. Dietz, Appellant, v. Elizabeth W. Dennison, as Administratrix with the Will Annexed of Mary A. White, Deceased, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion to vacate order directing substituted service denied, with costs, on the ground that the affidavit upon which the latter order was granted was sufficient to confer jurisdiction. Woodward, Jenks, Hooker and Miller, JJ., concurred; Rich, J., dissented.

Henry Epstein, Respondent, v. New York City Railway Company, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the trial court erroneously instructed the jury that upon the facts as claimed by the plaintiff that there was a presumption that the defendant was guilty of negligence which it was called upon to rebut or overcome. Hirschberg, P. J., Woodward, Hooker, Rich and Miller, JJ., concurred.

Sarah Farrell, Respondent, v. The City of New York, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

Mary E. Gibbons, Respondent, v. Margaret Coleman, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

The Greater New York Development Company and Charles Lutz, Respondents, v. The New York City Homes Company, Appellant.— Interlocutory judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ, concurred.

John A. Hanratty, Respondent, v. Yonkers Railroad Company, Appellant.— Judgment of the City Court of Yonkers modified by striking out the provision granting extra allowance, for want of power in the trial court to grant the same, and as modified judgment and order unanimously affirmed, without costs. No opinion. Present—Hirschberg, P. J., Woodward, Hooker and Gaynor, JJ.

· In the Matter of the Judicial Settlement of the Second Account of Edward Mitchell and Grosvenor S. Hubbard, as Executors, etc., of Benjamin D. Silliman, Deceased, Appellants. Caroline S. Taylor and Others, Respondents.— Final decree of the Surrogate's Court of Kings county affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Hooker, Rich and Miller, JJ., concurred.

In the Matter of the Judicial Settlement of the Accounts of Frederick Seifter, as Administrator, etc., of Pincus Seifter, Deceased, Respondent. Pauline